Law Office of Paul C. Whalen, P.C.
768 Plandome Road
Manhasset, NY  11030
Tel: (516) 627-5610
Fax: (212) 658-9685

Thursday, January 28, 2016

The Hon. William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Berg v. Fanduel, Inc. et al.* 15-cv-08612-WHP

Dear Judge Pauley,

    I write as counsel for Plaintiff Berg and the putative class. I am currently in Ft. Myers Florida, having attended the JPML Hearing held today for consolidation of all outstanding cases in the various jurisdictions of the above captioned action.

    I request an adjournment of tomorrow's scheduled status conference pending the decision of the Panel.

Respectfully,

\_\_\_\_/s/_____
Paul C. Whalen

Respectfully,

*[signature]*

Paul C. Whalen